UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60916-CIV-SINGHAL

GWENDOLYN THOMPSON, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

SENIOR HEALTHCARE ADVISORS, LLC D/B/A SENIOR
HEALTHCARE DIRECT,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Substitution of Defendant. (DE [15]). In the motion, Plaintiff states that Amerilife Direct, LLC is the proper defendant in this case and not Senior Healthcare Advisors. Pursuant to Fed. R. Civ. P. 21, Plaintiff wishes to substitute Amerilife Direct, LLC into this case and drop Senior Healthcare Advisors. Neither Amerilife Direct, LLC nor Senior Healthcare Advisors oppose this motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [15]) is **GRANTED**. Defendant Senior Healthcare Advisors, LLC d/b/a Senior Healthcare Direct is removed from this action and Defendant Amerilife Direct, LLC is added to this action. The Clerk of the Court shall update the court's docket to reflect the addition of Defendant Amerilife Direct, LLC.

It is **FURTHER ORDERED** that Plaintiff shall, within **twenty-one (21) days** of entry of this order, file an amended complaint with allegations against Amerilife Direct, LLC and then submit a new summons for issuance against it.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 22nd day of July 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE