## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DISVISION

GWENDOLYN THOMPSON,
individually and on behalf of
others similarly situated,

        Plaintiff,

    v.

AMERILIFE DIRECT, LLC,

        Defendant.
_____/

Case No.: 8:24-cv-02539-WFJ-CPT

## **JOINT NOTICE OF SETTLEMENT**

Please take notice that Plaintiff Gwendolyn Thompson and Defendant Amerilife Direct, LLC have reached a settlement in principle. The Parties anticipate filing a stipulation of dismissal with prejudice for Plaintiff's individual claims within sixty (60) days. They also respectfully request that the Court vacate all pending deadlines in the interim.

Respectfully submitted this 5th day of March 2025.

| | |
|---|---|
| By: */s/ Matthew A. Keilson* <br> Ryan D. Watstein, FBN: 93945 <br> ryan@wtlaw.com <br> Matthew A. Keilson, FBN: 1002294 <br> mkeilson@wtlaw.com <br> 218 Northwest 24th Street, 3rd Floor <br> Miami, Florida 33127 <br> Telephone: 404-782-0695 <br><br> *Counsel for Defendant* | By: */s/ Ryan L. McBride* <br> Ryan L. McBride, FBN: 101010 <br> KAZEROUNI LAW GROUP, APC <br> 2221 Camino Del Rio S., #101 <br> San Diego, CA 92108 <br> Phone: (800) 400-6808 <br> Facsimile: (800) 520-5523 <br> ryan@kazlg.com <br><br> *Counsel for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will effect service on all counsel of record.

                                              */s/ Ryan L. McBride*
                                              Ryan L. McBride