# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DISVISION

GWENDOLYN THOMPSON,
individually and on behalf of others
similarly situated,

        Plaintiff,

  v.

AMERILIFE DIRECT, LLC,

        Defendant.
_____/

Case No.: 8:24-cv-02539-WFJ-CPT

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Plaintiff Gwendolyn Thompson ("Plaintiff") and Defendant AmeriLife Direct, LLC ("Defendant") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss all of Plaintiff's individual claims against Defendant with prejudice and dismiss the putative class's claims against Defendant without prejudice. Each party shall bear its own attorney's fees and costs.

Respectfully submitted this 28th day of April 2025.

By: */s/ Matthew A. Keilson*
Ryan D. Watstein, FBN: 93945
ryan@wtlaw.com
Matthew A. Keilson, FBN: 1002294
mkeilson@wtlaw.com
218 Northwest 24th Street, 3rd Floor
Miami, Florida 33127
Telephone: 404-782-0695

*Counsel for Defendant*

By: */s/ Ryan L. McBride*
Ryan L. McBride, FBN: 101010
KAZEROUNI LAW GROUP, APC
2221 Camino Del Rio S., #101
San Diego, CA 92108
Phone: (800) 400-6808
Facsimile: (800) 520-5523
ryan@kazlg.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2025, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system, which will effect service on all counsel of record.

*/s/ Ryan L. McBride*
Ryan L. McBride
